ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta

AUG 0 4 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA :
                          :  CRIMINAL INDICTMENT
         v.               :
                          :  NO. 4 09-CR-025
GARY BARNER,              :
         Defendant.       :

THE GRAND JURY CHARGES THAT:

1. Between August 4, 2004 and April 14, 2005, Local Number 518, of the Paper, Allied-Industrial, Chemical and Energy Workers (PACE), Rome, Georgia, was a labor organization engaged in an industry affecting commerce within the meaning Title 29, United States Code, Sections 402(i) and 402(j). On April 14, 2005, PACE merged with the United Steelworkers (USWA). Local 518, PACE became Local 518, USWA.

2. Between April 14, 2005 and September 13, 2006, Local 518, USWA, Rome, Georgia, was a labor organization engaged in an industry affecting commerce within the meaning Title 29, United States Code, Sections 402(i) and 402(j).

3. At all times material to this Indictment, defendant GARY BARNER was an officer as that term is defined in Title 29, United States Code, Section 402(n) that is, Secretary-Treasurer of Local 518, PACE and Local 518, USWA.

4. From on or about August 4, 2004, and continuing through

on or about September 13, 2006, in the Northern District of Georgia, and elsewhere, the defendant, GARY BARNER, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other assets of Local 518, PACE and Local 518, USWA, in excess of $10,000.00, said sum constituting unauthorized payments on behalf of the defendant, all in violation of Title 29, United States Code, Section 501(c).

A \_\_\_\_\_true\_\_\_\_\_ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

DAVID M. LETA
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 447931